```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 23576
   RHONDA AUSTIN
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6433

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/15/2007 and was confirmed 03/05/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/30/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
WELLS FARGO BANK           NOTICE ONLY    NOT FILED            .00           .00
AMERICAS SERVICING COMPA   CURRENT MORTG       .00             .00           .00
AMERICAS SERVICING COMPA   MORTGAGE ARRE       .00             .00           .00
COMPUTER CREDIT            UNSEC W/INTER NOT FILED             .00           .00
CREDIT COLLECTION SERVIC   UNSEC W/INTER NOT FILED             .00           .00
DEPENDON COLLECTION        UNSEC W/INTER NOT FILED             .00           .00
HSBC                       UNSEC W/INTER NOT FILED             .00           .00
NICOR                      UNSEC W/INTER NOT FILED             .00           .00
RMI/MCSI                   UNSEC W/INTER     250.00            .00           .00
ILLINOIS DEPT OF REVENUE   UNSEC W/INTER       .00             .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,014.00                      1,740.64
TOM VAUGHN                 TRUSTEE                                         151.36
DEBTOR REFUND              REFUND                                             .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                   RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            1,892.00

PRIORITY                                      .00
SECURED                                       .00
UNSECURED                                     .00
ADMINISTRATIVE                           1,740.64
TRUSTEE COMPENSATION                       151.36
DEBTOR REFUND                                 .00
                   --------------      --------------
TOTALS             1,892.00             1,892.00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 23576 RHONDA AUSTIN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 10/29/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

```
                                                    PAGE   2
        CASE NO. 07 B 23576 RHONDA AUSTIN
```